

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2023

No. 04-23-00101-CV

**IN THE INTEREST OF R.L., JR. AND B.J.L., CHILDREN**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02352
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order in a suit affecting the parent-child relationship filed by a governmental entity for managing conservatorship which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record was originally due February 10, 2023, but was not filed. Accordingly, we ORDER the court reporter to file the reporter's record **by February 23, 2023**. *See* TEX. R. APP. P. 35.3(c).

In the unforeseen event that the court reporter does not comply with this order, we may be required to initiate contempt proceedings.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of February, 2023.

_____
Michael A. Cruz,
Clerk of Court